UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF ILLINOIS

SHEILA A. BEASLEY,

        Plaintiff,

    v.

                         Case No. 11-cv-852-JPG

MICHAEL J. ASTRUE, Commissioner of
Social Security,

        Defendant.

## MEMORANDUM AND ORDER

This matter comes before the Court on plaintiff Sheila A. Beasley's motion for leave to

proceed *in forma pauperis* in this challenge to a final decision by the Commissioner of Social

Security (Doc. 4). A federal court may permit an indigent party to proceed without pre-payment

of fees. 28 U.S.C. § 1915(a)(1). Nevertheless, a court can deny a qualified plaintiff leave to file

*in forma pauperis* or can dismiss a case if the action is clearly frivolous or malicious. 28 U.S.C.

§ 1915(e)(2)(B)(i). The test for determining if an action is frivolous or without merit is whether

the plaintiff can make a rational argument on the law or facts in support of the claim. *Neitzke v.*

*Williams*, 490 U.S. 319, 325 (1989); *Corgain v. Miller,* 708 F.2d 1241, 1247 (7th Cir. 1983).

When assessing a motion to proceed *in forma pauperis,* a district court should inquire into the

merits of the plaintiff's claims, and if the court finds them to be frivolous, it should deny leave to

proceed *in forma pauperis*. *Lucien v. Roegner,* 682 F.2d 625, 626 (7th Cir. 1982).

The Court is satisfied from Beasley's affidavit that she is indigent. Furthermore, the

Court does not find anything in the file to indicate that this action is frivolous or malicious.

Therefore, the Court **GRANTS** the motion to proceed *in forma pauperis* without prepayment of

fees and costs (Doc. 4). The Court notes, however, that should it become apparent that the

action is frivolous or malicious at any time in the future, it may dismiss the case pursuant to 28 U.S.C. § 1915(e)(2)(B)(i).

If the plaintiff wishes the United States Marshal Service to serve process in this case, the Court **DIRECTS** the plaintiff to provide to the United States Marshal Service the summons issued in this case, the appropriately completed USM-285 forms and sufficient copies of the complaint for service.

The Court further **DIRECTS** the United States Marshal, upon receipt of the aforementioned documents from the plaintiff and pursuant to Federal Rule of Civil Procedure 4(c)(3), to serve a copy of the summons, complaint and this order upon the defendant Commissioner of Social Security, the United States Attorney for the Southern District of Illinois and the Attorney General of the United States, Washington, D.C., in the manner specified by Federal Rule of Civil Procedure 4(i)(1) & (2), as directed by the plaintiff.  Costs of service shall be borne by the United States.

**IT IS SO ORDERED.**
**DATED:  September 27, 2011**

s/ J. Phil Gilbert
**J. PHIL GILBERT**
**DISTRICT JUDGE**