UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF ILLINOIS

SHEILA A. BEASLEY,

       Plaintiff,

      v.                                                                        Case No. 11-cv-852-JPG

MICHAEL J. ASTRUE, Commissioner of
Social Security,

       Defendant.

## **MEMORANDUM AND ORDER**

This matter comes before the Court on the Report and Recommendation ("Report") (Doc. 24) of Magistrate Judge Clifford J. Proud recommending that the Court grant plaintiff Sheila A. Beasley's motion for summary judgment (Doc. 20), reverse the final decision of the Commissioner of Social Security denying Beasley's application for disability insurance benefits, and remand the case to the Commissioner pursuant to sentence four of 42 U.S.C. § 405(g).

The Court may accept, reject or modify, in whole or in part, the findings or recommendations of the magistrate judge in a report and recommendation. Fed. R. Civ. P. 72(b)(3). The Court must review *de novo* the portions of the report to which objections are made. *Id.* "If no objection or only partial objection is made, the district court judge reviews those unobjected portions for clear error." *Johnson v. Zema Sys. Corp.*, 170 F.3d 734, 739 (7th Cir. 1999).

The Court has received no objection to the Report. The Court has reviewed the entire file and finds that the Report is not clearly erroneous. Accordingly, the Court hereby:

- **GRANTS** Beasley's motion for summary judgment (Doc. 20);
- **ADOPTS** the Report in its entirety (Doc. 24);

- **REVERSES** the final decision of the Commissioner of Social Security;

- **REMANDS** the case to the Commissioner pursuant to sentence four of 42 U.S.C. § 405(g), and

- **DIRECTS** the Clerk of Court to enter judgment accordingly.

**IT IS SO ORDERED.**
**DATED:  June 13, 2012**

                                              s/ J. Phil Gilbert
                                              **J. PHIL GILBERT**
                                              **DISTRICT JUDGE**