UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF ILLINOIS

| | |
|---|---|
| SHEILA BEASLEY, | ) |
| Plaintiff, | ) |
| v. | ) No. 3:11-cv-852-JPG |
| MICHAEL J. ASTRUE, Commissioner of Social Security, Defendant. | ) |

## ORDER

This matter comes before the Court on the parties' Joint Stipulation For an Award of Attorney's Fees Under the Equal Access to Justice Act (Doc. 27).

The Court, having read the Stipulation and being duly advised, hereby orders that: Plaintiff be awarded $5,500.00 for attorney fees and expenses under 28 U.S.C. § 2412(d).

This award will satisfy all of Plaintiff's claims for fees, expenses, and costs under 28 U.S.C. § 2412.

**DATED:  August 14, 2012**

s/ J. Phil Gilbert
**J. PHIL GILBERT**
**United States District Judge**